IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

CHARLES E. MERIWEATHER,

    Petitioner,

vs.                                                CASE NO. 5:10cv236/RS-EMT

PAIGE AUGUSTINE, Warden FCI Marianna;
CHARLES BROWN, Tech; BUREAU OF
PRISONS; and DESIGNATION & SENTENCE
COMPUTATION CENTER,

    Respondents.
_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 9). No objections have been filed.

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. This Petition for Writ of Habeas Corpus under 28 U.S.C. §2241 is **transferred** to the United States District Court for the Middle District of Tennessee, Nashville Division.

3. The clerk is directed to close the file.

**ORDERED** on December 13, 2010.

                                              /S/ Richard Smoak
                                              **RICHARD SMOAK**
                                              **UNITED STATES DISTRICT JUDGE**